IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01437-GPG

SERGEY NOVITSKIY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

    DATED December 7, 2015, at Denver, Colorado.

                                              BY THE COURT:

                                      Gordon P. Gallagher
                                      United States Magistrate Judge