IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01437-PAB-MEH

SERGEY NOVITSKIY,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 12, 2016.**

      Before the Court is Plaintiff's Petition for a Writ of Habeas Corpus [filed February 11, 2016; docket #26]. The Court has also reviewed Plaintiff's "Urgent and Important Notice" filed the same day. *See* docket #27. The Court has had no problems or concerns with Gilpin County "failing" to follow court orders and, thus, **denies** the Motion and directs Plaintiff to its February 2, 2016 order at docket #24, which notes that Plaintiff is to participate in the upcoming conference by telephone. Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

      The Court further notes that the February 2, 2016 order mailed a copy of the instructions for the telephonic conference to Plaintiff's case manager, which will be sufficient notice to the facility to coordinate the call at the appointed date and time. The Court will also mail this minute order to the facility to reiterate that Plaintiff shall be allowed to participate in the telephonic conference to be held March 1, 2016, at 9:45 a.m.

      **In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Sergey Novitskiy
Gilpin County Detention Center
2960 Dory Hill Road #350
Black Hawk, CO 80422